# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| DALTON, JR., ROY B. | U.S. DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA | 05/14/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE (ACTIVE) | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

401 WEST CENTRAL BLVD., SUITE 4750
ORLANDO, FL 32801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | PARTNER | RUGBY PROPERTY, LLC |
| 2. | SHAREHOLDER | DALTON & CARPENTER, PA |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MET LIFE - COMMON STOCK (Y) | | | | | | | | | |
| 2. RUGBY PROPERTY, LLC: (PASSIVE INVESTMENT AS GENERAL PARTNER) | | | | | | | | | |
| 3. - SEASIDE BANK ACCOUNT | | None | L | T | | | | | |
| 4. - RENTAL PROPERTY #1 (ORLANDO, FL) $1,400,000 | G | Rent | P1 | W | | | | | |
| 5. - RENTAL PROPERTY #2 (PENSACOLA, FL) $880,000 | E | Rent | O | W | | | | | |
| 6. ITB PREMIUM FUND I, LTD - LIMITED INTEREST (NO CONTROL) | | None | O | U | | | | | |
| 7. DALTON MELNYK VENTURES LLC - LIMITED INTEREST (Y) | | | | | | | | | |
| 8. DALTON & CARPENTER, PA (Y) | | | | | | | | | |
| 9. GOVERNMENT PERSONNEL MUTUAL WHOLE LIFE | A | Interest | J | T | | | | | |
| 10. SEASIDE BANK ACCOUNTS | A | Interest | L | T | | | | | |
| 11. JOHN HANCOCK GUARANTEED UNIVERSAL LIFE POLICY | | None | M | T | | | | | |
| 12. LORD ABBETT (IRA #1) (MONEY MARKET ACCOUNT) | A | Interest | K | T | | | | | |
| 13. IRA #2 | | | | | | | | | |
| 14. - LIMITED PARTNERSHIP INTEREST IN ITB PREMIUM FUND II, LTD. | | None | M | U | | | | | |
| 15. WORKING INTEREST - BALDWIN, CLAY COUNTY, TX | A | Royalty | J | W | | | | | |
| 16. WORKING INTEREST - BUTLER, PALO PINTO COUNTY, TX | A | Royalty | J | W | | | | | |
| 17. WORKING INTEREST - CATO #1, HARDEMAN COUNTY, TX | D | Royalty | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. WORKING INTEREST - GIBSON #1, COTTLE COUNTY, TX | B | Royalty | J | W | | | | | |
| 19. WORKING INTEREST - GIBSON A-1, COTTLE COUNTY, TX | A | Royalty | J | W | | | | | |
| 20. WORKING INTEREST - HAMILTON #2, PALO PINTO COUNTY, TX | A | Royalty | J | W | | | | | |
| 21. WORKING INTEREST - LYTLE UNIT, HARDEMAN COUNTY, TX | A | Royalty | J | W | | | | | |
| 22. WORKING INTEREST - MAYFIELD, CLAY COUNTY, TX | A | Royalty | J | W | | | | | |
| 23. WORKING INTEREST - MCLELLAN-SWOFFORD, HARDEMAN COUNTY, TX | B | Royalty | J | W | | | | | |
| 24. WORKING INTEREST - MCNEESE WEST, HARDEMAN COUNTY, TX | C | Royalty | J | W | | | | | |
| 25. WORKING INTEREST - MINSHEW UNIT, HARDEMAN COUNTY, TX | B | Royalty | J | W | | | | | |
| 26. WORKING INTEREST - SMITH EAGLE CREEK #1, NOLAN COUNTY, TX | A | Royalty | J | W | | | | | |
| 27. WORKING INTEREST - SMITH EAGLE CREEK #2, NOLAN COUNTY, TX | | None | J | W | | | | | |
| 28. WORKING INTEREST - SOUTHERN COTTON, HARDEMAN COUNTY, TX | E | Royalty | K | W | | | | | |
| 29. WORKING INTEREST - STELL #2, CLAY COUNTY, TX | | None | J | W | | | | | |
| 30. WORKING INTEREST - WORD #5, HARDEMAN COUNTY, TX | A | Royalty | J | W | | | | | |
| 31. WORKING INTEREST - WORD A-2, HARDEMAN COUNTY, TX | A | Royalty | J | W | | | | | |
| 32. WORKING INTEREST - YOUNG, HARDEMAN COUNTY, TX | C | Royalty | J | W | | | | | |
| 33. WORKING INTEREST - WORD #4, HARDEMAN COUNTY, TX (X) | A | Royalty | J | W | | | | | |
| 34. WORKING INTEREST - JOHNSON #1, KING COUNTY, TX | C | Royalty | J | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. WORKING INTEREST - GIBSON #2, COTTLE COUNTY, TX | | None | J | W | Buy | 02/23/11 | J | | CORDA CORPORATION |
| 36. WORKING INTEREST - JOHNSON #2, KING COUNTY, TX | | None | J | W | Buy | 02/23/11 | J | | CORDA CORPORATION |
| 37. THREE SHORES BANCORPORATION, COMMON STOCK | | None | M | T | | | | | |
| 38. BROKERAGE ACCOUNT #1: | | | | | | | | | |
| 39. - ALTRIA GROUP INC COMMON STOCK | A | Dividend | | | Sold | 5/13/11 | J | A | |
| 40. - AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 41. - BCE INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 42. - BECTON DICKINSON & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 43. - BERKLEY W R CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 44. - SEASIDE BANK SWEEP FUND FKA: BLACKROCK MUTUAL FUND | A | Interest | K | T | | | | | |
| 45. - BRISTOL MYERS SQUIBB CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. - CENTURYLINK INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 47. - CHEVRON CORPORATION COMMON STOCK | A | Dividend | J | T | Sold (part) | 03/31/11 | J | A | |
| 48. | | | | | Sold (part) | 07/12/11 | J | A | |
| 49. - COCA COLA CO COMMON STOCK | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 50. - CONOCOPHILLIPS COMMON STOCK | A | Dividend | J | T | | | | | |
| 51. - CONSOLIDATED EDISON INC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. - DOMINION RES INC VA NEW COMMON STOCK | A | Dividend | J | T | Sold (part) | 11/16/11 | J | A | |
| 53. - DUKE ENERGY HLDG CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. - EXELON CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 55. - EXXON MOBIL CORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 01/19/11 | J | A | |
| 56. - GLAXOSMITHKLINE PLC SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 57. - HCP INC COMMON STOCK | A | Dividend | J | T | Sold (part) | 05/13/11 | J | A | |
| 58. | | | | | Buy (add'l) | 11/16/11 | J | | |
| 59. - HEALTH CARE REIT INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. - HEINZ H J CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 61. - JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. - KIMBERLY CLARK CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. - KRAFT FOODS INC CL A COMMON STOCK | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 64. - LILLY ELI & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. - MARKET VECTORS ETF TR AGRIBUSINESS EXCHANGE TRADED FUND | A | Dividend | K | T | | | | | |
| 66. - MCDONALDS CORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 01/12/11 | J | A | |
| 67. | | | | | Buy (add'l) | 09/07/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. - MEDTRONIC INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. - MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 08/25/11 | J | | |
| 70. - NEW YORK COMMUNITY BANCORP INC COMMON STOCK | A | Dividend | | | Sold | 11/16/11 | J | A | |
| 71. - PAYCHEX INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 72. - PHILIP MORRIS INTL INC COMMON STOCK | A | Dividend | | | Sold | 05/13/11 | J | A | |
| 73. - PIMCO COMMODITY REALRETURN STRATEGY MUTUAL FUND | E | Dividend | L | T | | | | | |
| 74. - PROCTER & GAMBLE CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 75. - PROGRESS ENERGY INC COMMON STOCK | A | Dividend | | | Sold | 10/17/11 | J | A | |
| 76. - REYNOLDS AMERN INC COMMON STOCK | A | Dividend | | | Sold | 05/13/11 | J | A | |
| 77. - ROYAL DUTCH SHELL PLC SPON ADR B COMMON STOCK | A | Dividend | J | T | | | | | |
| 78. - SOUTHERN CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 79. - SYSCO CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 80. - TEMPLETON GLOBAL BOND FUND-AD MUTUTAL FUND | C | Dividend | L | T | | | | | |
| 81. - THORNBURG INTERNATIONAL VALUE MUTUAL FUND | A | Dividend | K | T | Buy (add'l) | 06/08/11 | K | | |
| 82. | | | | | Sold (part) | 09/16/11 | K | A | |
| 83. - UNILEVER PLC SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 84. - VANGUARD GNMA FUND -ADM #536 MUTUAL FUND | D | Dividend | M | T | Buy (add'l) | 02/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. | | | | | Buy (add'l) | 04/05/11 | J | | |
| 86. | | | | | Buy (add'l) | 06/15/11 | J | | |
| 87. | | | | | Buy (add'l) | 09/16/11 | J | | |
| 88. - VANGUARD INTER TERM T/E MUTUAL FUND | B | Interest | | | Sold | 03/21/11 | M | C | |
| 89. - VANGUARD LIMITED TERM T/E FUND #31 MUTUTAL FUND | A | Interest | | | Sold | 03/21/11 | J | A | |
| 90. - VERIZON COMMUNICATIONS INC COMMON STOCK | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 91. - VODAFONE GROUP PLC NEW SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 92. - WAL MART STORES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 93. - WALGREEN CO COMMON STOCK | A | Dividend | | | Sold | 09/23/11 | J | A | |
| 94. - WESTERN UN CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 95. - JANUS OVERSEAS FUND CLASS T #1054 MUTUTAL FUND | | None | | | Sold | 06/08/11 | K | D | |
| 96. - NOVARTIS AG SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 97. - SPDR GOLD TR GOLD SHS MUTUAL FUND | | None | J | T | | | | | |
| 98. - THREE SHORES BANCORPORATION COMMON STOCK | | None | M | T | | | | | |
| 99. - TOTAL S A SPONSORED ADR COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 10/11/11 | J | | |
| 100. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 101. - SPECTRA ENERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. - ENCANA CORP COMMON STOCK | A | Dividend | | | Buy (add'l) | 01/19/11 | J | | |
| 103. | | | | | Sold | 11/07/11 | J | A | |
| 104. - VANGUARD LIMITED TERM T/E FUND #531 MUTUAL FUND | B | Interest | M | T | Buy | 03/21/11 | M | | |
| 105. | | | | | Buy (add'l) | 10/05/11 | J | | |
| 106. - ISHARES TR BARCLAYS 1-3 YR TREAS BD FUND MUTUAL FUND | A | Dividend | J | T | Buy | 08/04/11 | K | | |
| 107. | | | | | Sold (part) | 08/29/11 | J | A | |
| 108. - ABBOTT LABORATORIES COMMON STOCK (X) | A | Dividend | J | T | | | | | |
| 109. - ASTRAZENECA PLC SPONSORED ADR COMMON STOCK | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 110. | | | | | Buy (add'l) | 05/13/11 | J | | |
| 111. - CVS CAREMARK CORP COMMON STOCK | A | Dividend | J | T | Buy | 08/25/11 | J | | |
| 112. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 113. - HUGOTON RTY TR TEX UNIT BEN INT COMMON STOCK | A | Royalty | J | T | Buy | 01/19/11 | J | | |
| 114. - MOLSON COORS BREWING CO CL B | A | Dividend | J | T | Buy | 07/11/11 | J | | |
| 115. - NATIONAL GRID PLC SPON ADR NEW COMMON STOCK | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 116. | | | | | Buy (add'l) | 05/13/11 | J | | |
| 117. - PPL CORP COMMON STOCK | A | Dividend | J | T | Buy | 05/13/11 | J | | |
| 118. - TELEFONICA S A SPONSORED ADR COMMON STOCK | A | Dividend | J | T | Buy | 05/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. - FEDERATED STRATEGIC VALUE DIVIDEND FUND MUTUAL FUND | A | Dividend | J | T | Buy | 07/20/11 | J | | |
| 120. | | | | | Buy (add'l) | 09/16/11 | J | | |
| 121. - OPPENHEIMER DEVELOPING MARKETS FUND CLASS Y MUTUAL FUND | A | Dividend | K | T | Buy | 06/08/11 | K | | |
| 122. BROKERAGE ACCOUNT #2: | | | | | | | | | |
| 123. - ALTRIA GROUP INC COMMON STOCK | A | Dividend | | | Sold | 05/13/11 | J | A | |
| 124. - AMERICAN FUNDS - FUNDAMENTAL INVESTORS MUTUAL FUND | A | Dividend | K | T | Sold (part) | 10/6/11 | J | A | |
| 125. - AT&T INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 126. - BAY AREA INFRASTRUCTURE FING AUTH MUNICIPAL BOND | C | Interest | | | Sold | 09/27/11 | L | A | |
| 127. - BCE INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 128. - BECTON DICKINSON & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 129. - BERKLEY W R CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 130. - SEASIDE BANK SWEEP FUND FKA: BLACKROCK MUTUAL FUND | A | Interest | K | T | | | | | |
| 131. - BRISTOL MYERS SQUIBB CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 132. - CALIFORNIA ST UNIV REV SYSTEMWIDE MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 133. - CEDAR PARK TEX UTIL SYS REV REF MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 134. - CENTURYLINK INC COMMON STOCK | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 135. - CHEVRON CORPORATION COMMON STOCK | A | Dividend | J | T | Sold (part) | 03/31/11 | J | A | |
| 136. | | | | | Sold (part) | 09/07/11 | J | A | |
| 137. - COCA COLA CO COMMON STOCK | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 138. - COLUMBIA S C CTFS PARTN TOURISM DEV MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 139. - CONOCOPHILLIPS COMMON STOCK | A | Dividend | J | T | | | | | |
| 140. - CONSOLIDATED EDISON INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 141. - DOMINION RES INC VA NEW COMMON STOCK | A | Dividend | J | T | Sold (part) | 11/16/11 | J | A | |
| 142. - DUKE ENERGY HLDG CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 143. - ENERGY NORTHWEST WASH ELEC REV MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 144. - EXELON CORP COMMON | A | Dividend | J | T | | | | | |
| 145. - EXXON MOBIL CORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 01/19/11 | J | A | |
| 146. - FRANKLIN IND CMNTY MULTI SCH B FIRST MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 147. - FRISCO TEX INDPT SCH DIST SER A MUNICIPAL BOND | B | Interest | | | Sold | 08/15/11 | K | A | |
| 148. - GLAXOSMITHKLINE PLC SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 149. - HAWAII ST SER CL FGIC TCRS MUNICIPAL BOND | B | Interest | | | Sold | 03/01/11 | K | A | |
| 150. - HCP INC COMMON STOCK | A | Dividend | J | T | Buy | 11/16/11 | J | | |
| 151. | | | | | Sold (part) | 05/13/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 152. - HEALTH CARE REIT INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 153. - HEINZ H J CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 154. - JACKSONVILLE FLA SALES TAX REV SALES MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 155. - JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 156. - KELLER TEX INDPT SCH DIST RFDG MUNICIPAL BOND | B | Interest | | | Sold | 08/15/11 | K | A | |
| 157. - KIMBERLY CLARK CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 158. - KRAFT FOODS INC COMMON STOCK | A | Dividend | | | Sold | 05/19/11 | J | A | |
| 159. - LILLY ELI & CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 160. - MARYLAND ST RFDG MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 161. - MASSACHUSETTS ST HEALTH & EDL FACS MUNICIPAL BOND | B | Interest | | | Sold | 07/01/11 | K | A | |
| 162. - MCDONALDS CORP COMMON STOCK | A | Dividend | J | T | Sold (part) | 01/12/11 | J | A | |
| 163. - MEDTRONIC INC COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 08/25/11 | J | | |
| 164. - METROPOLITAN TRANSN AUTH N Y REV MUNICIPAL BOND | B | Interest | | | Sold | 11/15/11 | K | A | |
| 165. - MIAMI DADE CNTY FLA PUB SVC TAX REV MUNICIPAL BOND | B | Interest | | | Sold | 11/03/11 | K | A | |
| 166. - MICROSOFT CORP COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 08/25/11 | J | | |
| 167. - NASSAU CNTY N Y INTERIM FIN AUTH MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 168. - NATOMAS UNI SCH DIST CALIF ELECTION MUNICIPAL BOND | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 169. - NEW JERSEY ST CTFS PARTN EQUIP LEASE MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 170. - NEW YORK CMNTY BANCORP INC COMMON STOCK (Y) | | | | | | | | | |
| 171. - NEW YORK N Y CITY TRANSITIONAL FIN MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 172. - NEW YORK ST DORM AUTH REVS REF SECD MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 173. - NOVARTIS AG SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 174. - PAYCHEX INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 175. - PHILIP MORRIS INTL INC COMMON STOCK | A | Dividend | | | Sold | 05/13/11 | J | A | |
| 176. - PHOENIX ARIZ CIVIC IMPT CORP TRANSIT MUNICIPAL BOND | B | Interest | K | T | | | | | |
| 177. - PICKERINGTON OHIO LOC SCH DIST SCH MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 178. - PIMCO COMMODITY REALRETURN STRATEGY MUTUAL FUND | B | Dividend | J | T | | | | | |
| 179. - PROCTER & GAMBLE CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 180. - PROGRESS ENERGY INC COMMON STOCK | A | Dividend | | | Sold | 10/17/11 | J | A | |
| 181. - REYNOLDS AMERN INC COMMON STOCK | A | Dividend | | | Sold | 05/13/11 | J | A | |
| 182. - RHODE IS ST & PROVIDENCE PLANTATIONS MUNICIPAL BOND | B | Interest | | | Sold | 11/01/11 | K | A | |
| 183. - ROYAL DUTCH SHELL PLC SPON ADR B COMMON STOCK | A | Dividend | J | T | | | | | |
| 184. - SEATTLE WASH RFDG MUNICIPAL BOND | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 185. - SOUTHERN CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 186. - SYSCO CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 187. - TEMPLETON GLOBAL BOND FUND-AD MUTUTAL FUND | C | Dividend | K | T | Sold (part) | 07/06/11 | J | A | |
| 188. | | | | | Sold (part) | 09/12/11 | J | A | |
| 189. | | | | | Sold (part) | 10/06/11 | J | A | |
| 190. - TOTAL S A SPONSORED ADR COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 10/11/11 | J | | |
| 191. | | | | | Buy (add'l) | 10/17/11 | J | | |
| 192. - UNILEVER PLC SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 193. - UNIVERSITY COLO ENTERPRISE SYSREV MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 194. - UNIVERSITY HOUSTON TEX UNIV REVS MUNICIPAL BOND | B | Interest | L | T | | | | | |
| 195. - VAN BUREN TWP MICH LOC DEV FIN AUTH MUNICIPAL BOND | C | Interest | L | T | | | | | |
| 196. - VANGUARD GNMA FUND #36 MUTUAL FUND | C | Dividend | M | T | Sold (part) | 03/09/11 | J | A | |
| 197. | | | | | Sold (part) | 07/06/11 | J | A | |
| 198. | | | | | Sold (part) | 10/06/11 | J | A | |
| 199. | | | | | Buy (add'l) | 09/16/11 | J | | |
| 200. | | | | | Buy (add'l) | 10/04/11 | K | | |
| 201. | | | | | Buy (add'l) | 12/07/11 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 202. - VANGUARD INTER TERM T/E MUTUAL FUND | A | Interest | | | Sold (part) | 01/13/11 | J | A | |
| 203. | | | | | Sold (part) | 02/09/11 | K | A | |
| 204. | | | | | Sold | 03/21/11 | K | B | |
| 205. - VANGUARD LARGE CAP INDEX MUTUAL FUND | | None | | | Sold | 01/11/11 | K | A | |
| 206. - VANGUARD SHORT TERM INMT GRADE MUTUTAL FUND | B | Dividend | L | T | Sold (part) | 03/09/11 | J | A | |
| 207. | | | | | Buy (add'l) | 03/21/11 | K | | |
| 208. | | | | | Sold (part) | 04/12/11 | J | A | |
| 209. | | | | | Sold (part) | 05/05/11 | K | A | |
| 210. | | | | | Sold (part) | 06/07/11 | J | A | |
| 211. | | | | | Buy (add'l) | 06/15/11 | J | | |
| 212. | | | | | Sold (part) | 07/06/11 | J | A | |
| 213. | | | | | Sold (part) | 08/11/11 | K | A | |
| 214. | | | | | Sold (part) | 09/12/11 | J | A | |
| 215. | | | | | Sold (part) | 10/06/11 | J | A | |
| 216. | | | | | Buy (add'l) | 12/21/11 | K | | |
| 217. - VANGUARD SMALL-CAP INDEX FD - INV #48 MUTUAL FUND | A | Dividend | | | Sold | 10/04/11 | K | A | |
| 218. - VERIZON COMMUNICATIONS INC COMMON STOCK | A | Dividend | | | Sold (part) | 01/19/11 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 219. | | | | | Sold (part) | 05/19/11 | J | A | |
| 220. | | | | | Sold | 05/19/11 | J | A | |
| 221. - VODAFONE GROUP PLC NEW SPONSORED ADR COMMON STOCK | A | Dividend | J | T | | | | | |
| 222. - WAL MART STORES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 223. - WALGREEN CO COMMON STOCK | A | Dividend | | | Sold (part) | 01/19/11 | J | A | |
| 224. | | | | | Sold | 09/23/11 | J | A | |
| 225. - WESTERN UN CO COMMON STOCK | A | Dividend | J | T | | | | | |
| 226. - WINDSTREAM CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 227. - YAVAPAI CNTY ARIZ UN HIGH SCH MUTUTAL FUND | B | Interest | L | T | | | | | |
| 228. - HOLLYWOOD FLA WTR & SWR REV WTR AND SWR REF AND IMPT 4.00% | B | Interest | L | T | | | | | |
| 229. - SPDR GOLD TR GOLD SHS MUTUAL FUND | | None | J | T | | | | | |
| 230. - ST CHARLES ILL PK DIST GO BDS 2.00% DTD 02/09/2010 DUE 12/ | A | Interest | | | Sold | 12/15/11 | K | A | |
| 231. - THREE SHORES BANCORPORATION COMMON STOCK | | None | K | T | | | | | |
| 232. - SPECTRA ENERGY CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 233. - YACKTMAN FUND COMMON STOCK | A | Dividend | K | T | Sold (part) | 09/12/11 | J | A | |
| 234. - ENCANA CORP COMMON STOCK | A | Dividend | | | Buy (add'l) | 01/19/11 | J | | |
| 235. | | | | | Sold | 11/07/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 236. - ALASKA MUN BD BK ALASKA MUN B REV MUNICIPAL BOND | | None | L | T | Buy | 09/15/11 | L | | |
| 237. - DELAWARE TRANSN AUTH TRANSN SYS SR REV BDS MUNICIPAL BOND | | None | K | T | Buy | 10/17/11 | K | | |
| 238. - INDIANA FIN AUTH HWY REV MUNICIPAL BOND | B | Interest | L | T | Buy | 03/07/11 | L | | |
| 239. - PIERCE CNTY WASH SCH DIST NO 4 MUNICIPAL BOND | A | Interest | L | T | Buy | 10/14/11 | L | | |
| 240. - ISHARES TR BARCLAYS 1-3 YR TREAS BD FUND MUTUAL FUND | A | Dividend | J | T | Buy | 08/04/11 | K | | |
| 241. | | | | | Sold (part) | 08/29/11 | J | A | |
| 242. - ABBOTT LABORATORIES COMMON STOCK (X) | A | Dividend | J | T | | | | | |
| 243. - ASTRAZENECA PLC SPONSORED ADR COMMON STOCK | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 244. | | | | | Buy (add'l) | 05/13/11 | J | | |
| 245. - CVS CAREMARK CORP COMMON STOCK | A | Dividend | J | T | Buy | 08/25/11 | J | | |
| 246. | | | | | Buy (add'l) | 10/11/11 | J | | |
| 247. - HUGOTON RTY TR TEX UNIT BEN INT COMMON STOCK | A | Royalty | J | T | Buy | 01/19/11 | J | | |
| 248. - MOLSON COORS BREWING CO CL B COMMON STOCK | A | Dividend | J | T | Buy | 07/11/11 | J | | |
| 249. - NATIONAL GRID PLC SPON ADR NEW COMMON STOCK | A | Dividend | J | T | Buy | 01/12/11 | J | | |
| 250. | | | | | Buy (add'l) | 05/13/11 | J | | |
| 251. - PPL CORP COMMON STOCK | A | Dividend | J | T | Buy | 05/13/11 | J | | |
| 252. - TELEFONICA S A SPONSORED ADR COMMON STOCK | A | Dividend | J | T | Buy | 05/13/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| DALTON, JR., ROY B. | 05/14/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 253.  - FEDERATED STRATEGIC VALUE DIVIDEND FUND MUTUAL FUND | A | Dividend | J | T | Buy | 07/20/11 | J | | |
| 254. | | | | | Sold (part) | 09/02/11 | J | A | |
| 255. | | | | | Buy (add'l) | 09/16/11 | J | | |
| 256.  - VANGUARD TOTAL STOCK MARKET INDEX FUND #1341 MUTUAL FUND | A | Dividend | J | T | Buy | 01/11/11 | K | | |
| 257. | | | | | Sold (part) | 09/12/11 | J | A | |
| 258. | | | | | Sold (part) | 09/16/11 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) PART I (POSITIONS): JUDGE DALTON HAS BEEN A SHAREHOLDER IN DALTON & CARPENTER, PA SINCE ITS INCEPTION IN 2003. ON MAY 2, 2011, WHEN JUDGE DALTON WAS CONFIRMED AS A U.S. DISTRICT JUDGE, HE RESIGNED AS A SHAREHOLDER IN DALTON & CARPENTER, PA. JUDGE DALTON DID NOT RECEIVE ANY INCOME OR LOSS FROM THIS COMPANY DURING 2011; THEREFORE, NO INCOME FROM THIS S-CORPORATION IS LISTED IN PART III.A. (NON-INVESTMENT INCOME).

2) PART I (POSITIONS): JUDGE DALTON HOLDS A LIMITED PARTNERSHIP INTEREST IN THE FOLLOWING ENTITY:
A - ITB PREMIUM FUND I, LTD.
HIS POSITION IN THIS ENTITY IS NOT LISTED IN PART I DUE TO THE LIMITED NATURE OF HIS RESPONSIBILITIES. THIS PARTNERSHIP INTEREST IS INSTEAD REPORTED AS AN ASSET HELD WHICH IS DISCLOSED IN PART VII (INVESTMENTS AND TRUSTS).

3) PART VII. (INVESTMENTS AND TRUSTS): THE MET LIFE - COMMON STOCK ON LINE 1 WAS SOLD IN AUGUST 2010 AND SHOULD NOT HAVE BEEN REPORTED ON THE JANUARY 5, 2011 NOMINATION REPORT FILED BY JUDGE DALTON. THIS COMMON STOCK IS BEING REMOVED AS A REPORTABLE INVESTMENT SINCE IT IS NO LONGER OWNED BY JUDGE DALTON.

4) PART VII. (INVESTMENTS AND TRUSTS): ON DECEMBER, 31, 2010, JUDGE DALTON SURRENDERED HIS INTEREST IN DALTON MELNYK VENTURES LLC. JUDGE DALTON PREVIOUSLY HAD A LIMITED INTEREST (WITH NO CONTROL) IN THE LLC. JUDGE DALTON'S SURRENDER RESULTED IN NO REPORTABLE TRANSACTION; HE WAS NOT PAID FOR HIS INTEREST, HE SIMPLY SURRENDERED HIS OWNERSHIP INTEREST BACK TO THE LLC. THEREFORE, THERE ARE NO REPORTABLE ITEMS FOR 2011.

5) PART VII. (INVESTMENTS AND TRUSTS): JUDGE DALTON SURRENDERED HIS INTEREST IN DALTON & CARPENTER, P.A. WHEN HE WAS CONFIRMED AS A U.S. DISTRICT JUDGE ON MAY 2, 2011. JUDGE DALTON'S SURRENDER RESULTED IN NO REPORTABLE TRANSACTION; HE WAS NOT PAID FOR HIS INTEREST, HE SIMPLY SURRENDERED HIS OWNERSHIP INTEREST BACK TO THE P.A. THEREFORE, THERE ARE NO REPORTABLE ITEMS FOR 2011.

6) PART VII. (INVESTMENTS AND TRUSTS): THE ROYALTY INCOME DISCLOSED IN COLUMN B FOR EACH WORKING INTEREST IS GROSS INCOME FROM THE SPECIFIC OIL WELL.

7) PART VII. (INVESTMENTS AND TRUSTS): A NEW ASSET IS BEING REPORTED THIS YEAR ON LINE 34, "WORKING INTEREST - JOHNSON #1, KING COUNTY, TX". THIS WORKING INTEREST WAS PURCHASED IN JUNE 2010 AND HAD A VALUE OF $15,000 OR LESS AT THAT TIME; THE WORKING INTEREST GENERATED NO INCOME UNTIL 2011. THE ASSET WAS INADVERTENTLY OMITTED FROM THE NOMINATION FINANCIAL DISCLOSURE REPORT FILED BY JUDGE DALTON ON JANUARY 5, 2011. THIS WORKING INTEREST BEGAN GENERATING INCOME IN 2011 AND THE ASSET (INCLUDING INCOME AND GROSS VALUE AMOUNTS) IS NOW PROPERLY REPORTED IN PART VII.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ROY B. DALTON, JR.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544